UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

21st CENTURY SATELLITE
COMMUNICATIONS, INC., ET AL.,

      Appellants,

v.                                            Case No.  8:06-cv-353-T-24 MSS

TOWER SQUARE SECURITIES, INC.,
ET AL.,

      Appellees.
_____/

## ORDER

This cause comes before the Court on Appellee John Hancock Distributors, Inc.'s ("John Hancock") Motion to Dismiss for Lack of Jurisdiction.  (Doc. No. 8).  Appellants oppose the motion.  (Doc. No. 14).

In the motion, John Hancock argues that this Court lacks jurisdiction over this bankruptcy appeal, because Appellants have not obtained certification from the bankruptcy court under Federal Rule of Bankruptcy Procedure 7054.  However, since the filing of the motion, Appellants have obtained such certification.  (Doc. No. 14-2).

Accordingly, it is ORDERED AND ADJUDGED that John Hancock's Motion to Dismiss for Lack of Jurisdiction (Doc. No. 8) is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 17th day of March, 2006.

                                                              SUSAN C. BUCKLEW
                                                               United States District Judge

Copies to: Counsel of Record